**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Augustine I Obiaku** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–6884** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **7   9/5/18** |
| Case number: | **18–23529–JAD** | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Augustine I Obiaku | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 297 Grouse Drive <br> Elizabeth, PA 15037 | |
| 4. | **Debtor's attorney** <br> Name and address | Lawrence W. Willis <br> Willis & Associates <br> 201 Penn Center Blvd <br> Suite 310 <br> Pittsburgh, PA 15235 | Contact phone 412–235–1721 <br><br> Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Jeffrey J. Sikirica <br> 121 Northbrook Drive <br> Pine Township <br> Gibsonia, PA 15044 | Contact phone 724–625–2566 <br><br> Email: trusteesikirica@zoominternet.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**              page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/15/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 13, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/14/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                page **2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Augustine I Obiaku**
   Debtor(s)

Bankruptcy Case No.: 18–23529–JAD
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: October 15, 2018

Jeffery A. Deller
United States Bankruptcy Judge

## REMINDER TO COUNSEL

<u>Before filing</u>: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

<u>After filing</u>: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 18-23529-JAD
Augustine I Obiaku                                                      Chapter 7
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                    Page 1 of 2                   Date Rcvd: Oct 15, 2018
                              Form ID: 309A                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db             +Augustine I Obiaku,    297 Grouse Drive,    Elizabeth, PA 15037-2313
tr             +Jeffrey J. Sikirica,    121 Northbrook Drive,    Pine Township,    Gibsonia, PA 15044-8983
14910474      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808)
14910476       +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
14910478       +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14910481       +Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14910483       +Dept Of Ed/aspire Reso,    Pob 65970,    West Des Moines, IA 50265-0970
14910486       +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
14910487       +Franklin Trust Fcu,    632 Franklin Ave,    Hartford, CT 06114-3000
14910488       +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14910489       +Ntb/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14910490       +Slc Conduit I Llc,    701 East 60th Street North,    Sioux Falls, SD 57104-0432
14910491       +Stu Ln Trust,    701 East 60th Street North,    Sioux Falls, SD 57104-0432
14910499       +Us Dep Ed,   Po Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@westernpabankruptcy.com Oct 16 2018 02:49:50      Lawrence W. Willis,
                 Willis & Associates,   201 Penn Center Blvd,    Suite 310,   Pittsburgh, PA  15235
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 02:50:23      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 16 2018 02:50:37
                 Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14910475       +EDI: AMEREXPR.COM Oct 16 2018 06:28:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
14910479        EDI: BANKAMER.COM Oct 16 2018 06:28:00      Bk Of Amer,   Po Box 982238,    El Paso, TX 79998
14910477       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 16 2018 02:51:02
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
14910480       +EDI: CAPITALONE.COM Oct 16 2018 06:28:00      Capital One,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
14910482       +EDI: CHASE.COM Oct 16 2018 06:28:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14910484       +EDI: TSYS2.COM Oct 16 2018 06:28:00      Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
14910485       +E-mail/Text: bknotice@ercbpo.com Oct 16 2018 02:50:45      Erc,   8014 Bayberry Rd,
                 Jacksonville, FL 32256-7412
14911623       +EDI: PRA.COM Oct 16 2018 06:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14910492       +EDI: RMSC.COM Oct 16 2018 06:28:00      Syncb/amazon,   Po Box 965015,    Orlando, FL 32896-5015
14910493       +EDI: RMSC.COM Oct 16 2018 06:28:00      Syncb/gap,   Po Box 965005,    Orlando, FL 32896-5005
14910494       +EDI: RMSC.COM Oct 16 2018 06:28:00      Syncb/jcp,   Po Box 965007,    Orlando, FL 32896-5007
14910495       +EDI: RMSC.COM Oct 16 2018 06:28:00      Syncb/sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
14910496       +EDI: RMSC.COM Oct 16 2018 06:28:00      Syncb/value City Furni,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
14910497       +EDI: TFSR.COM Oct 16 2018 06:28:00      Toyota Motor Credit Co,    Po Box 9786,
                 Cedar Rapids, IA 52409-0004
14910498        EDI: USBANKARS.COM Oct 16 2018 06:28:00      Us Bank,   4325 17th Ave S,    Fargo, ND 58125
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14930709*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
14930710*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14930714*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
14930711*      +Bankamerica,    4909 Savarese Cir,   Tampa, FL 33634-2413
14930712*      +Bayview Financial Loan,    4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1873
14930713*      +Bby/cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14930715*      +Capital One,    Po Box 30253,   Salt Lake City, UT 84130-0253
14930716*      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14930717*      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14930718*      +Dept Of Ed/aspire Reso,    Pob 65970,   West Des Moines, IA 50265-0970
14930719*      +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
14930720*      +Erc,   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14930721*      +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
14930722*      +Franklin Trust Fcu,    632 Franklin Ave,   Hartford, CT 06114-3000
14930723*      +Mohela/dept Of Ed,    633 Spirit Dr,   Chesterfield, MO 63005-1243
14930724*      +Ntb/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14930725*      +Slc Conduit I Llc,    701 East 60th Street North,   Sioux Falls, SD 57104-0432
14930726*      +Stu Ln Trust,    701 East 60th Street North,   Sioux Falls, SD 57104-0432
```

```
District/off: 0315-2           User: lfin                    Page 2 of 2                Date Rcvd: Oct 15, 2018
                               Form ID: 309A                 Total Noticed: 32


            ***** BYPASSED RECIPIENTS (continued) *****
14930727*       +Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14930728*       +Syncb/gap,    Po Box 965005,    Orlando, FL 32896-5005
14930729*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14930730*       +Syncb/sams Club,     Po Box 965005,    Orlando, FL 32896-5005
14930731*       +Syncb/value City Furni,     950 Forrer Blvd,    Kettering, OH 45420-1469
14930732*       +Toyota Motor Credit Co,     Po Box 9786,    Cedar Rapids, IA 52409-0004
14930733*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
14930734*       +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
                                                                                              TOTALS: 0, * 27, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Lawrence W. Willis    on behalf of Debtor Augustine I Obiaku ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 3
```